## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Helen Carter<br>　　　　Debtor | CHAPTER 13 |
| NATIONSTAR MORTGAGE LLC D/B/A<br>CHAMPION MORTGAGE COMPANY<br>　　　　Movant<br>　　vs.<br>Helen Carter<br>　　　　Debtor<br>William C. Miller<br>　　　　Trustee | NO. 18-15166 AMC |

### ORDER

AND NOW, this 13th day of November, 2018 at Philadelphia, upon consideration of the motion of Movant for entry of an order to reopen the above-captioned bankruptcy case for the limited purpose of allowing Movant to file a Motion For Relief from the Automatic Stay *Nunc Pro Tunc* and to implement the relief requested therein; and the Court having considered the Motion; and after due deliberation thereon, and good and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED.

2. The case shall be opened for the sole purpose of permitting Movant to file a Motion requesting Nunc Pro Tunc Relief.

3. The case shall be re-closed once the Court enters an order on Movant's Motion for Relief.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Helen Carter
2023 Moore Street
Philadelphia, PA 19145

2023 Moore Street
Philadelphia, PA 19145

William C. Miller
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532