United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-15166-amc
Helen Carter                                                              Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Nov 13, 2018
                              Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2018.
db             +Helen Carter,    2023 Moore St.,    Philadelphia, PA 19145-2006
               +KML Law Group, P.C.,    Suite 5000-BNY Mellon Independence Ctr.,    701 Market Street,
                 Philadelphia, PA 19106-1538

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2018 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE
               COMPANY bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Champion Mortgage
               Company bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Champion Mortgage
               Company kbuttery@rascrane.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Helen Carter<br>　　　　　Debtor | CHAPTER 13 |
| NATIONSTAR MORTGAGE LLC D/B/A<br>CHAMPION MORTGAGE COMPANY<br>　　　　　Movant<br>　　vs.<br>Helen Carter<br>　　　　　Debtor<br>William C. Miller<br>　　　　　Trustee | NO. 18-15166 AMC |

## ORDER

AND NOW, this 13th day of November, 2018 at Philadelphia, upon consideration of the motion of Movant for entry of an order to reopen the above-captioned bankruptcy case for the limited purpose of allowing Movant to file a Motion For Relief from the Automatic Stay *Nunc Pro Tunc* and to implement the relief requested therein; and the Court having considered the Motion; and after due deliberation thereon, and good and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED.

2. The case shall be opened for the sole purpose of permitting Movant to file a Motion requesting Nunc Pro Tunc Relief.

3. The case shall be re-closed once the Court enters an order on Movant's Motion for Relief.

_____
Ashely M. Chan
United States Bankruptcy Judge

Helen Carter
2023 Moore Street
Philadelphia, PA 19145

2023 Moore Street
Philadelphia, PA 19145

William C. Miller
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532