## THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| HELEN CARTER | : | NO. 18-15166 |
| | : | |
| Debtor | : | |
| | : | |
| NATIONSTAR MORTGAGE LLC | : | |
| D/B/A CHAMPION MORTGAGE | : | |
| COMPANY | : | |
| | : | |
| Movant | : | |
| | : | |
| vs | : | |
| | : | |
| HELEN CARTER | : | |
| | : | |
| Debtor | : | |
| | : | |
| WILLIAM C. MILLER | : | |
| | : | |
| Trustee | : | |

## ORDER

**AND NOW,** this ___ day of November, 2018 upon consideration of the Motion of

Nationstar Mortgage LLC D/B/A Champion Mortgage Company for Expedited Hearing, the

Motion is **DENIED**.

A hearing on the underlying motion is **SCHEDULED for December 4, 2018 at 11:00**

**a.m. in Bankruptcy Courtroom No. 4, Second Floor, Robert N.C. Nix Building &**

**Courthouse, 900 Market Street, Philadelphia, Pennsylvania**

_____

Ashely M. Chan, United States Bankruptcy Judge

cc:     Helen Carter, *Pro Se*