United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-15166-amc
Helen Carter                                                              Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Nov 20, 2018
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2018.
db             +Helen Carter,    2023 Moore St.,    Philadelphia, PA 19145-2006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2018 at the address(es) listed below:
      KEVIN G. MCDONALD    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE
       COMPANY bkgroup@kmllawgroup.com
      KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Champion Mortgage
       Company bkgroup@kmllawgroup.com
      KEVIN M. BUTTERY    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Champion Mortgage
       Company kbuttery@rascrane.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                 TOTAL: 5

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| HELEN CARTER | : | NO. 18-15166 |
| | : | |
| Debtor | : | |
| | : | |
| NATIONSTAR MORTGAGE LLC | : | |
| D/B/A CHAMPION MORTGAGE | : | |
| COMPANY | : | |
| | : | |
| Movant | : | |
| | : | |
| vs | : | |
| | : | |
| HELEN CARTER | : | |
| | : | |
| Debtor | : | |
| | : | |
| WILLIAM C. MILLER | : | |
| | : | |
| Trustee | : | |

## ORDER

AND NOW, this ____ day of November, 2018 upon consideration of the Motion of Nationstar Mortgage LLC D/B/A Champion Mortgage Company for Expedited Hearing, the Motion is **DENIED**.

A hearing on the underlying motion is **SCHEDULED for December 4, 2018 at 11:00 a.m. in Bankruptcy Courtroom No. 4, Second Floor, Robert N.C. Nix Building & Courthouse, 900 Market Street, Philadelphia, Pennsylvania**

_____
Ashely M. Chan, United States Bankruptcy Judge

cc:   Helen Carter, *Pro Se*