United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                Case No. 18-15166-amc
Helen Carter                                                                          Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Dec 06, 2018
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2018.
db              +Helen Carter,    2023 Moore St.,    Philadelphia, PA 19145-2006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2018 at the address(es) listed below:
      KEVIN G. MCDONALD    on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY bkgroup@kmllawgroup.com
      KEVIN G. MCDONALD    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Champion Mortgage Company bkgroup@kmllawgroup.com
      KEVIN M. BUTTERY    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Champion Mortgage Company kbuttery@rascrane.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                       TOTAL: 5

## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                               :
                                                              :         **Chapter 13**
    **Helen Carter**                                 :
              **Debtor**                       :         **Bankruptcy No. 18-15166AMC**
                                                                :

## **O R D E R**

Upon consideration of the Motion for Relief from Stay Nunc Pro Tunc in re: 2023 Moore Street, Philadelphia, PA 19145 ("Motion") filed by Nationstar Mortgage LLC ("Nationstar") and no objection filed thereto by Helen Carter ("Debtor") and the Debtor having failed to appear at the hearing scheduled in connection with the Motion on December 4, 2018, the Court hereby finds:

1. The Debtor has failed to provide any evidence that she either has an ownership interest in 2023 Moore Street, Philadelphia, PA 19145 ("Property") or is in possession of the Property. Accordingly, the automatic stay never applied in this case with regard to the Property.

2. The Court also finds that the Debtor has filed this bankruptcy case in bad faith to avoid the foreclosure sale of the Property.

3. Based upon the fact that Nationstar had no notice of the Debtor's bankruptcy filing prior to conducting its foreclosure sale of the Property, that the Debtor has acted in bad faith to avoid the foreclosure sale of the Property and that Nationstar would be prejudiced if the Motion is not granted because the expenses of beginning anew would outweigh the benefit to anyone, the Court finds that, even if the Debtor had ownership or possessory rights in the Property, exceptional circumstances exist to justify retroactively annulling the automatic stay with regard to the Property.

4. The Court also finds that there is no equity in the Property and that it is not necessary for an effective reorganization.

Based upon the foregoing, it is hereby ORDERED that:

A. The Motion is granted and Nationstar is granted relief from the automatic stay on a nunc pro tunc basis such that the Sheriff Sale of the Property located at 2023 Moore Street, Philadelphia, PA 19145 that occurred on August 7, 2018 in Philadelphia County is found not to have been done in violation of the automatic stay in this case, and prospectively in that they may proceed to take any lawful action as may be appropriate to confirm and defend the outcome of said Sheriff Sale and to obtain possession of the Property from the Debtor.

B. The Clerk's Office is hereby directed to close this bankruptcy case.

Date:  December 4, 2018

Ashely M. Chan
United States Bankruptcy Judge